UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LAKSHMI ARUNACHALAM,<br><br>  Plaintiff,<br><br>  v.<br><br>EDWARD J. DAVILA, et al.,<br><br>  Defendants. | Case No. 3:18-cv-02488-JD<br><br>**ORDER**<br><br>Re: Dkt. No. 1 |

The complaint, Dkt. No. 1, improperly disclosed the home addresses of two judges in this district. That is completely inappropriate. The complaint is stricken in its entirety. Any future filings that contain any personal information or home address of a judge will be stricken and the case will be terminated.

**IT IS SO ORDERED.**

Dated: May 1, 2018

_____
JAMES DONATO
United States District Judge