UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LAKSHMI ARUNACHALAM,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>EDWARD J. DAVILA, et al.,<br><br>　　　　　Defendants. | Case No. 3:18-cv-02488-JD<br><br>**ORDER DENYING PERMISSION FOR ELECTRONIC CASE FILING**<br><br>Re: Dkt. No. 3 |

　　　The Court denies plaintiff's motion for permission for electronic case filing.  Dkt. No. 3.

　　　**IT IS SO ORDERED.**

Dated: May 1, 2018

　　　　　　　　　　　　　　　　　　　　　　　　　　JAMES DONATO
　　　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge