United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LAKSHMI ARUNACHALAM,<br><br>Plaintiff,<br><br>v.<br><br>EDWARD J. DAVILA, et al.,<br><br>Defendants. | Case No. 3:18-cv-02488-JD<br><br>**ORDER VACATING CASE MANAGEMENT CONFERENCE**<br><br>Re: Dkt. No. 2 |

The case management conference that was set for July 26, 2018 at 10:00 AM is vacated pending further order.

**IT IS SO ORDERED.**

Dated: July 20, 2018

JAMES DONATO
United States District Judge