# Supreme Court of the United States
## Office of the Clerk
## Washington, DC 20543-0001

*Scott S. Harris*
Clerk of the Court
(202) 479-3011

December 9, 2019

Clerk
United States Court of Appeals
 for the Ninth Circuit
95 Seventh Street
P. O. Box 193939
San Francisco, CA 94119-3939

> Re: Lakshmi Arunachalam
> v. United States District Court for the Northern
> District of California, et al.,
> No. 18-9383 (Your docket No. 18-72569)

Dear Clerk:

Attached please find a certified copy of the judgment of this Court in the above-entitled case.

Sincerely,

SCOTT S. HARRIS, Clerk

By *[signature]*

Hervé Bocage
Judgments/Mandates Clerk

Enc.
cc:   All counsel of record

# Supreme Court of the United States
# Office of the Clerk
# Washington, DC  20543-0001

*Scott S. Harris*
Clerk of the Court
(202) 479-3011

December 9, 2019

Ms. Lakshmi Arunachalam
222 Stanford Avenue
Menlo Park, CA 94025

      Re:  Lakshmi Arunachalam
            v.  United States District Court for the Northern
            District of California, et al.,
            No. 18-9383

Dear Ms. Arunachalam:

    Today, a certified copy of the judgment of this Court in the above-entitled case was emailed to the Clerk of the United States Court of Appeals for the Ninth Circuit.

                                Sincerely,

                                SCOTT S. HARRIS, Clerk

                                By *[signature]*
                                Herve' Bocage
                                Judgments/Mandates Clerk

cc:  All counsel of record
      Clerk, USCA for the Ninth Circuit
           (Your docket No. 18-72569)

# Supreme Court of the United States

No. 18-9383

**LAKSHMI ARUNACHALAM,**

Petitioner

v.

**UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF CALIFORNIA, ET AL.**

**ON PETITION FOR CERTIORARI** to the United States Court of Appeals for the Ninth Circuit.

**THIS CAUSE** having been submitted on the petition for writ of certiorari and the response thereto.

**ON CONSIDERATION WHEREOF**, it is ordered and adjudged by this Court that because the Court lacks a quorum, 28 U. S. C. §1, and since the qualified Justices are of the opinion that the case cannot be heard and determined at the next Term of the Court, the judgment is affirmed under 28 U. S. C. §2109, which provides that under these circumstances "the court shall enter its order affirming the judgment of the court from which the case was brought for review with the same effect as upon affirmance by an equally divided court."

October 7, 2019

**Justice Thomas, Justice Ginsburg, Justice Breyer, Justice Alito, Justice Sotomayor, and Justice Kagan took no part in the consideration or decision of this petition.**

A True copy SCOTT S. HARRIS
Clerk of the Supreme Court of the United States