UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LAKSHMI ARUNACHALAM,<br><br>Plaintiff,<br><br>v.<br><br>EDWARD J. DAVILA, et al.,<br><br>Defendants. | Case No. 3:18-cv-02488-JD<br><br>**ORDER DISMISSING CASE** |

The Court struck the original complaint in this case for revealing the home addresses of two district judges. Dkt. No. 6. The Court dismissed an amended complaint that ran well over 100 pages in length and purported to sue, among others, former President Obama, a current United States Senator, several Federal Circuit judges, and judges on federal and state courts in Delaware, Texas, and this district. Dkt. No. 12. The amended complaint was accompanied by hundreds of pages of exhibits. Dkt. No. 9. Plaintiff was expressly advised that judicial officers are rarely, if ever, subject to a lawsuit for performance of their duties, and that further leave to amend would likely not be granted. Dkt. No. 12 at 1-2.

Plaintiff sought mandamus review of the dismissal by the Ninth Circuit, which was denied. Dkt. No. 17. The Supreme Court affirmed the denial of mandamus on less than a quorum because several of the justices were named as putative defendants by plaintiff. Dkt. No. 22.

Plaintiff filed a second amended complaint that again purports to sue a multitude of past and present federal judges and justices, elected and appointed officials, and others. Dkt. No. 14. The second amended complaint is 124 pages long, and is, like the prior versions, an unintelligible mass of allegations that do not amount to a plausible claim of any sort.

Plaintiff has had several opportunities to file an actionable complaint. The case is dismissed with prejudice. *See Choudhuri v. Specialised Loan Servicing*, Case No. 19-cv-4198-JD, 2020 WL 3892867, at *1 (N.D. Cal. July 11, 2020).

**IT IS SO ORDERED.**

Dated: July 14, 2020

JAMES DONATO
United States District Judge